# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| OLIVER LAWTON WOOSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00166-SEP |
| | ) | |
| RICH LETCHWORTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On September 7, 2022, the Court granted plaintiff's motion for leave to proceed in forma pauperis, assessed an initial partial filing fee, and ordered him to file an amended complaint. Doc. [8]. Plaintiff had thirty days within which to comply, and the Court advised that failure to file an amended complaint would result in the dismissal of this case without prejudice and without further notice. To date, the Court has not received an amended complaint from Plaintiff. Instead, on October 31, 2022, mail sent to Plaintiff at the St. Louis City Justice Center was returned as undeliverable. Doc. [9]. The return envelope indicated that Plaintiff had been released, and that the St. Louis City Justice Center was unable to forward the mail. As no forwarding address had been provided, the mail was not re-sent. Eastern District of Missouri Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of any change in address. The rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B). In this case, thirty days have elapsed since plaintiff's mail was returned as undeliverable. Plaintiff has not provided his new address, nor submitted anything further to the Court. Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 2nd day of December, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE